Filed: June 11, 2025

# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

_____

SUPPLEMENTAL BRIEFING ORDER

_____

No. 23-4318,   <u>US v. Sampson Pearson</u>
3:19-cr-00169-MOC-DCK-1

The court directs supplemental briefing as follows:

Supplemental opening brief due: 07/02/2025

Supplemental response brief due: 07/23/2025

Supplemental reply brief permitted within ten days of service of supplemental response brief.

The briefs and any supplemental appendix must conform to the **Fourth Circuit Brief & Appendix Requirements** and the **Appendix Pagination & Brief Citation Guide** (available as links from this order and at **www.ca4.uscourts.gov**).

/s/ NWAMAKA ANOWI, CLERK
By: Tony Webb, Deputy Clerk