FILED: July 17, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-4318
(3:19-cr-00169-MOC-DCK-1)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

SAMPSON PEARSON

      Defendant - Appellant

_____

O R D E R
_____

The court grants an extension of the supplemental briefing schedule. Counsel is advised that no further extensions will be granted for filing the supplemental opening brief absent a showing of extraordinary circumstances.

The supplemental briefing schedule is extended as follows:

Supplemental opening brief due: 08/01/2025

Supplemental response brief due: 08/22/2025

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk