FILED: July 31, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-4318
(3:19-cr-00169-MOC-DCK-1)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

SAMPSON PEARSON

      Defendant - Appellant

_____

O R D E R

_____

The court grants the motion for extension and extends the time for filing additional copies of the briefs and joint appendices to 08/04/2025.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk